# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00320-CR

**Angel Sandoval, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-2004-205876, HONORABLE BOB PERKINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Angel Sandoval was placed on deferred adjudication community supervision after pleading guilty to delivering marihuana in a drug-free zone. The district court subsequently adjudged him guilty of the lesser included offense of delivering marihuana, sentenced him to confinement for two years in a state jail, suspended imposition of sentence, and placed him on community supervision for five years. Sandoval then filed a pro se notice of appeal.

The trial court has certified, and the record confirms, that Sandoval waived his right of appeal after sentence was imposed. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed: June 30, 2006

Do Not Publish